UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

Plaintiff,

v.  606MC001

B. AVANT EDENFIELD, *Judge, U.S. District Court*; VICKI NAIL, *Mailroom Supervisor at Georgia State Prison*,

Defendants.

This day of 19 July 2010

/s/ B. Avant Edenfield
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

Before the Court is inmate-plaintiff Warren Skillern's "Motion for Reconsideration[,] ... for Ruling on Pending Motion[,] ... for Summary Judgment by Default." Doc. # 32. Skillern has not provided any arguments warranting reconsideration. *Jersawitz v. People TV*, 71 F. Supp. 2d 1330, 1344 (N.D. Ga. 1999) (a reconsideration motion "is not an opportunity for the moving party to instruct the court on how the court could have done it better the first time") (quotes, cite and alteration omitted); *Burger King Corp. v. Hinton, Inc.*, 2002 WL 31059465 at *1 (S.D. Fla. 7/19/02) (unpublished) (reconsideration motion is not an appropriate vehicle to "reiterate arguments previously made"). Nor has he provided any support for "summary judgment by default." Moreover, at the present time there are currently no outstanding motions pending on the docket under this case number. As a result, Skillern's motion is **DENIED**. Doc. # 32.