UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WARREN SKILLERN,

Plaintiff,

v.  6:06-mc-1

B. AVANT EDENFIELD, *Judge, U.S. District Court;* VICKI NAIL, *Mailroom Supervisor at Georgia State Prison,*

Defendants.

## ORDER

Before the Court are Plaintiff Warren Skillern's ("Plaintiff") "Rule 59(e) Motion," s*ee* Doc. 41, and "Motion To Reopen Affected Cases," *see* Doc. 42.

"[T]he only grounds for granting a Rule 59 motion are newly-discovered evidence or manifest errors of law or fact. A Rule 59(e) motion cannot be used to relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Jacobs v. Tempur-Pedic Int'l, Inc.*, 626 F.3d 1327, 1344 (11th Cir. 2010) (internal citation and quotation omitted).

Plaintiff alleges no newly-discovered evidence. *See* Doc. 41. Plaintiff claims that this Court committed a manifest error of fact by misconstruing the effect of its 2006 injunction. *See id.* at 1. Plaintiff, however, contradicts himself when he says that it was not the "admitted illegal injunction [that] stopped [Plaintiff] from prosecuting any of his cases. It was the injunction's effect that stopped [Plaintiff] . . . ." *Id.* Thus, Plaintiff alleges no manifest error of fact.

Plaintiff continues to make unsupported allegations that this Court is without jurisdiction in this case. *See* Doc. 41 at 1-2. Plaintiff has identified no manifest error of law. Plaintiff is attempting to relitigate old matters. Plaintiff's "Rule 59(e) Motion," *see* Doc. 41, is ***DENIED***.

Plaintiff seeks to reopen all of his former cases, again blaming this Court's 2006 injunction for his failure to litigate them successfully. *See* Doc. 42. Plaintiff is essentially re-filing the motion that this Court denied in its August 18, 2011 Order. *See* Doc. 37. For the reasons stated in that Order, his latest motion to reopen, *see* Doc. 42, is ***DENIED***.

## CONCLUSION

Plaintiff's "Rule 59(e) Motion," *see* Doc. 41, is ***DENIED***.

Plaintiff's "Motion to Reopen Affected Cases," *see* Doc. 42, is ***DENIED***.

This 31st day of August 2011.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA